

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/28/2021
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

May 28, 2021

<u>BY ECF</u>

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**APPLICATION GRANTED**

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.
05/28/2021

Re:  *Wells v. Saul*, No. 20 Civ. 10332 (JPO) (KHP)

Dear Judge Parker:

      This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action, which the plaintiff brought pursuant to 42 U.S.C. § 405(g) to appeal the Commissioner's decision to deny his application for Social Security disability benefits.

      I respectfully write to request a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from June 1, 2021, to August 2, 2021. The extension is needed because the COVID-19 pandemic has significantly impacted the operations of the Social Security Administration ("SSA") and its Office of Appellate Operations ("OAO") and materially affected its ability to prepare certified administrative records. As described in the Declaration of Jebby Rasputnis, dated March 17, 2021, beginning in mid-March 2020, the SSA restricted physical access to its physical buildings. (Rasputnis Decl. ¶ 2.) Since that time, OAO has been working to overhaul, redo, refine, and streamline its business processes to continue operations remotely. (Rasputnis Decl. ¶ 2.) It has now reached and surpassed pre-pandemic levels of production of electronic certified administrative records. (Rasputnis Decl. ¶ 2.) However, while the OAO transitioned to a virtual process, the number of new cases filed in federal court also increased, creating a significant backlog that the OAO is still working to address. (Rasputnis Decl. ¶¶ 3-5.)

      The plaintiff does not object to this request. This is the Commissioner's second request for an extension of time to file the record. The Court previously granted the Commissioner a 60-day extension to file the record. (Dkt. No. 10.)

      I thank the Court for its consideration of this request.

                                      Respectfully,

                                      AUDREY STRAUSS
                                      United States Attorney

                                      /s/ Amanda F. Parsels
                         BY:    AMANDA F. PARSELS
                                      Assistant United States Attorney
                                      Tel.: (212) 637-2780
                                      Email: amanda.parsels@usdoj.gov

cc:        Charles Binder, Esq.
            *Attorney for Plaintiff*