```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAI S. WELLS,

                Plaintiff,

vs.                                                     Civil Action No.:
                                                    1:20-CV-10332-JPO-KHP

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**

    **PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed, Plaintiff moves this Court, on submission, for an Order granting an enlargement of time of thirty (30) days to file Plaintiff's motion for judgment on the pleadings and memorandum of law in support in this matter, which is currently due on November 8, 2021. This is Plaintiff's first request for an extension and is necessary due to an unexpected increase in counsel's case load and briefs due in a short period of time from cases that were previously delayed from timely processing during the beginning of the COVID-19 pandemic.

    Plaintiff has contacted counsel for Defendant who kindly consents to this motion.

Dated: October 25, 2021                             Respectfully submitted,

                                              By:    /s/ Charles E. Binder
                                                        Law Office of Charles E. Binder
                                                        and Harry J. Binder, LLP
                                                        485 Madison Avenue, Suite 501
                                                        New York, NY 10022
                                                        (212)-677-6801
                                                        Fax (646)-273-2196
                                                        fedcourt@binderlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAI S. WELLS,

        Plaintiff,

vs.                                                          Civil Action No.:
                                                           1:20-CV-10332-JPO-KHP

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

## ORDER

AND, NOW, this _____ day of _____, 2021, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due December 8, 2021. All subsequent deadlines are also extended by thirty (30) days.

Entered: _____                                        _____

> With respect to Plaintiff's letter motion for an extension of time, the Court hereby schedules a brief telephone conference for Tuesday, November 2nd at 11:15 a.m. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code: 4858267.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
10/26/2021

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECMF system which will send notification of such filing to all registered CM/ECMF case participants.

/s/ Charles E. Binder
Attorney for Plaintiff