UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAI S. WELLS,

        Plaintiff,

vs.

        Civil Action No.:
        1:20-CV-10332-JPO-KHP

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

**ORDER**

    AND, NOW, this __2__ day of __November__, 2021, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

    IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due December 8, 2021. All subsequent deadlines are also extended by thirty (30) days.

Entered: __11/2/2021__                                         *Katharine H. Parker*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2021