**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Kai S. Wells,

                      Plaintiff,

   -against-                                     20 **CIVIL** 10332 (KHP)

**JUDGMENT**

Commissioner of Social Security,

                      Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated May 2, 2022, Plaintiff's motion for judgment on the pleadings is GRANTED, and Defendant's motion for judgment on the pleadings is DENIED.

**Dated:** New York, New York

     May 2, 2022

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                             **BY:**   *K. Mango*
                                                         **Deputy Clerk**